**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TRACY M.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security.

Defendant.

Case No. 5:25-cv-02803-SB-MBK

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint in this action seeking court review pursuant to 42 U.S.C. § 405(g) of the Commissioner's decision denying benefits, the briefs of the respective parties, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation.

When no objections are filed, the Court is not required to review the Magistrate Judge's findings and recommendations. *United States v. Reyna-Tapia*,

328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also United States v. Ramos*, 65 F.4th 427, 433–34 (9th Cir. 2023) (reaffirming that de novo review is required only as to objected-to portions of a report and recommendation). Because no party objected, the Court accepts and adopts the Report and Recommendation without independently reviewing its findings or reasoning.

IT IS THEREFORE ORDERED that (1) the Report and Recommendation is adopted; and (2) the Commissioner's Denial of Title II Disability Insurance Benefits is vacated and the matter remanded to the Commissioner for further proceedings consistent with the Report and Recommendation.

Judgment will be entered separately.

DATE: November 17, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE