JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TRACY M.,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security.

Defendant.

Case No. 5:25-cv-02803-SB-MBK

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge, it is adjudged that the decision of the Administrative Law Judge is vacated and the case is remanded to the Agency for further proceedings. Judgment is hereby entered in favor of Plaintiff.

DATE: November 17, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE